# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:14CB11 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ROBERT A. STRATBUCKER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the joint motion to continue trial (Filing No. 27). The parties seek a thirty-day continuance of the trial of this matter which is scheduled for April 28, 2015. Upon consideration, the motion will be granted.

**IT IS ORDERED:**

1. The joint motion to continue trial (Filing No. 27) is granted.

2. Trial of this matter is re-scheduled for **9:00 a.m. on May 26, 2015,** before the undersigned magistrate judge. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **April 16, 2015, and May 26, 2015,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendant's counsel requires additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 16th day of April, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge