IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ROBERT A. STRATBUCKER,<br><br>        Defendant. | Case Number: 8:14CB11<br>Violation No.: 4334757 NE22<br><br>**ORDER** |

The motion of the United States Attorney's Office to dismiss (Filing No. 32) is granted. The above-referenced matter is hereby dismissed without prejudice.

ORDERED this 23rd day of June, 2015.

                **BY THE COURT:**

                s/ Thomas D. Thalken
                **United States Magistrate Judge**